IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiffs,<br><br>vs.<br><br>PHILLIP D. GONZALES,<br><br>      Defendants. | 8:21-CR-238<br><br>ORDER ON IN FORMA PAUPERIS STATUS AND MOTION TO APPOINT COUNSEL |

   This matter is before the Court on Defendant's Motion to Appoint Counsel. Filing 74. Because Defendant has filed a Notice of Appeal, Filing 73, he must make this request before the Eighth Circuit Court of Appeals. *See Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."). Moreover, because the Court previously found Defendant indigent during his criminal case, Filing 13, Defendant pay proceed *in forma pauperis* on his appeal without further authorization. *See* Fed. R. App. P. 24(a)(3). Accordingly,

   IT IS ORDERED that Defendant's Motion to Appoint Counsel, Filing 74, is denied without prejudice to reassertion before the Eighth Circuit Court of Appeals and Defendant may proceed *in forma pauperis* on his appeal.

   Dated this 19th day of September, 2022.

                           BY THE COURT:

                           _____
                           Brian C. Buescher
                           United States District Judge